No. 83–6343.   GUERRERO-SERQUEN *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.